**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

United States of America,

    Plaintiff,

    v.

1.637 Acres of Land, et al.,

    Defendants.

Case No. 2:97-cv-770

JUDGE GRAHAM

**ORDER**

    The Court having been advised by counsel for the parties that all claims in the above-captioned litigation have been settled, hereby dismisses those claims, subject to motion to reopen within sixty (60) days from the date of this Order if all terms and conditions of settlement have not been fulfilled.

    It is so ORDERED.

    s/James L. Graham
    JAMES L. GRAHAM
    United States District Judge

DATE: March 28, 2006